**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1109**

DERRICK ALLEN,

        Plaintiff - Appellant,

    v.

PHILLIP JORDAN, Human Relations Manager; JUANITA ENGLISH, Management Assistant; LENIN MARTINEZ-GALLO, Human Relation Specialist,

        Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  L. Patrick Auld, Magistrate Judge.  (1:19-cv-00700-UA-LPA)

Submitted:  April 14, 2020                    Decided:  April 17, 2020

Before WILKINSON, QUATTLEBAUM, and RUSHING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Derrick Michael Allen, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Allen seeks to appeal the magistrate judge's memorandum recommending that the district court dismiss Allen's complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2018), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2018); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Allen seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Allen's motion to appoint counsel and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*